failure to prosecute in accordance with the rules.

**Sergio I. TORRES, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

**No. 2010–3034.**

United States Court of Appeals, Federal Circuit.

July 1, 2010.

**MDI, INC., Plaintiff–Appellant,**

v.

**DRIVECAM, INC., Defendant–Appellee.**

**No. 2010–1319.**

United States Court of Appeals, Federal Circuit.

July 1, 2010.

### ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Nathalie RAIMBAULT, Jean–Pierre Gautier, Alain Sagansan, and Pierre Fabreet.**

**No. 2010–1190.**

United States Court of Appeals, Federal Circuit.

July 1, 2010.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### CHICAGO BOARD OPTIONS EX-CHANGE, INCORPORATED, Plaintiff–Appellant,

v.

### REALTIME DATA, LLC (doing business as IXO), Defendant–Appellee.

No. 2010–1330.

United States Court of Appeals, Federal Circuit.

July 1, 2010.

Stacie R. Hartman, Schiff Hardin LLP, Chicago, IL, for Plaintiff–Appellant.

Robert A. Cote, McKool Smith P.C., New York, NY, for Defendant–Appellee.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

### MIKE'S CONTRACTING LLC, Plaintiff–Appellant,

v.

### UNITED STATES, Defendant–Appellee.

No. 2010–5127.

United States Court of Appeals, Federal Circuit.

July 1, 2010.

Michael A. Moulis, Moulis' Aviation Law, PA, Fort Lauderdale, FL, for Plaintiff–Appellant.

Michael N. O'Connell Jr., Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.